**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MICHAEL A. S.,

Plaintiff,

v. No. 1:26-cv-02825-KRS

FRANK BISIGNANO,
*Commissioner of the Social Security Administration*,

Defendant.

**ORDER FOR EXTENSION**

**THIS MATTER** coming before the Court upon Plaintiff's Motion for Extension of Time to File Plaintiff's Opening Brief (the "Motion"), (Doc. 8), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff file his Motion to Reverse or Remand to the Agency no later than **January 24, 2027**.

**IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **February 23, 2027**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files his response.

**IT IS SO ORDERED** this 20th day of November, 2026.

Kevin Sweazea

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE